**Opinion issued December 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00467-CV

————————————

## COUJAUNIA MORRIS, Appellant

## V.

## CLARKE SPRINGS, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1061760**

---

## MEMORANDUM OPINION

Appellant Coujaunia Morris has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief).

Appellant's brief was first due on July 17, 2015. After being notified that

this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.